# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN H. SHEN-SAMPAS** | : CIVIL ACTION |
| | : |
| v. | : NO. 25-1637 |
| | : |
| **PETER S. KLEIN** | : |

## ORDER

**AND NOW**, this 30th day of April 2025, upon considering Defendant's Motion to dismiss (ECF 13), Plaintiff's Opposition (ECF 15), Defendant's Reply (ECF 16), and for reasons in today's accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF 13) is **GRANTED without prejudice** so as to allow the pro se Plaintiff leave to file an amended Complaint compliant with the law by no later than **May 20, 2025** or we will thereafter direct the Clerk of Court to close this case.

**KEARNEY, J.**